No. 570. MORRIS *v.* HUSSMAN ET AL. December 11, 1933. Petition for writ of certiorari to the Circuit Court

of Appeals for the Ninth Circuit denied. *Mr. Clarence W. Morris, pro se.* *Messrs. Alfred Sutro* and *Eugene M. Prince* for respondents.